UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ESQUEDA-CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>PAUL THOMPSON,<br><br>Respondent. | No. 2:21-cv-01706-TLN-DB<br><br><br><br>**ORDER** |

Petitioner, a federal prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 10.) Neither party has filed objections to the findings and recommendations.

Having reviewed the matter, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed April 5, 2022 (ECF No. 10) are adopted in full;

2. Respondent's Motion to Dismiss (ECF No. 8) is GRANTED;

3. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is dismissed without prejudice; and

4. The Clerk of the Court is directed to close this case.

**DATE:  June 15, 2022**

_____
Troy L. Nunley
United States District Judge